| | | |
|---|---|---|
| People v Jones (Justin) | 3d Dept: 139 AD3d 1189 (Chemung) | denied 8/19/16 (Garcia, J.) |
| People v Jones (Nathaniel) | 3d Dept: 139 AD3d 1237 (St. Lawrence) | denied 8/1/16 (Fahey, J.) |
| People v Jones (William) | 2d Dept: 138 AD3d 1145 (Richmond) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Jones (William) | 2d Dept: 138 AD3d 1144 (Richmond) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Kelly | 1st Dept: 138 AD3d 574 (NY) | denied 8/25/16 (Fahey, J.) |
| People v Ken | 3d Dept: 138 AD3d 1233 (Albany) | denied 8/24/16 (Pigott, J.) |
| People v Khan | 3d Dept: 139 AD3d 1261 (Schenectady) | denied 8/15/16 (Fahey, J.) |
| People v King | App Div, 2d Dept: 2016 NY Slip Op 69944(U) (Kings) | denied reconsideration 8/31/16 (Rivera, J.) |
| People v Kopper | 4th Dept: 140 AD3d 1782 (Genesee) | denied 8/31/16 (DiFiore, Ch. J.) |
| People v Krieg | 1st Dept: 139 AD3d 625 (NY) | denied 8/17/16 (Pigott, J.) |
| People v Kwas | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 52 (Nassau) | denied 8/22/16 (Stein, J.) |
| People v Larock | 3d Dept: 139 AD3d 1241 (St. Lawrence) | denied 8/10/16 (Rivera, J.) |
| People v Lashley | 1st Dept: 140 AD3d 640 (NY) | denied 8/30/16 (Stein, J.) |
| People v Laventure | 2d Dept: 138 AD3d 1023 (Kings) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Lawrence | App Div, 3d Dept, 5/12/16 (Broome) | dismissed 8/11/16 (Pigott, J.) |
| People v Lawson | App Div, 4th Dept: 2016 NY Slip Op 61273(U) (Onondaga) | dismissed 8/8/16 (Garcia, J.) |
| People v Layou | 4th Dept: 134 AD3d 1510 (Onondaga) | denied reconsideration 8/10/16 (Rivera, J.) |
| People v Leach | 2d Dept: 137 AD3d 1300 (Kings) | denied 8/16/16 (Garcia, J.) |
| People v Leduc | 3d Dept: 140 AD3d 1305 (Clinton) | denied 8/18/16 (Rivera, J.) |
| People v Lee | 3d Dept: 139 AD3d 1258 (Chemung) | denied 8/24/16 (DiFiore, Ch. J.) |
| People v Lewis (Gil) | 1st Dept: 139 AD3d 571 (NY) | denied 8/10/16 (Rivera, J.) |
| People v Lewis (Michael) | 4th Dept: 138 AD3d 1495 (Ontario) | denied 8/24/16 (Abdus-Salaam, J.) |